UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | SA:20-CR-00095(2)-FB |
| | § | |
| (2) Christopher Montoya | § | |

## ORDER SETTING BOND REVOCATION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **BOND REVOCATION HEARING** in Courtroom 2, on the First Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on **Tuesday, April 06, 2021 at 08:00 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 30th day of March, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE