| Patient Last Name | Patient First Name | Date Written | Date Filled | Rx Number | Date of Birth | Drug Name | Quantity Dispensed | Days Supply | Pharmacy DEA | Pharmacy/Dispensing Prescriber Name | Medical Records | Medicare Part B Billing NPI: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 6/19/2020 | 7/23/2020 | 4007508 | | CLONAZEPAM 0.5 MG TABLET | 30 | 15 | BL9514642 | LONG TERM CARE RX | | |
| | | 6/19/2020 | 5/19/2020 | 4007508 | | CLONAZEPAM 0.5 MG TABLET | 30 | 15 | BL9514642 | LONG TERM CARE RX | | |
| | | 8/7/2020 | 8/12/2020 | 4007603 | | LORAZEPAM 0.5 MG TABLET | 30 | 30 | BL9514642 | LONG TERM CARE RX | | |
| | | 2/11/2020 | 2/11/2020 | 131512 | | DEPO-TESTOSTERONE 200 MG/ML | 10 | 84 | FZ5262605 | ZIKAM | | |
| | | 7/24/2020 | 7/24/2020 | 207329 | | ACETAMINOPHEN-COD #3 TABLET | 30 | 3 | FH6747426 | HEB PHARMACY #732 | Y | |
| | | 2/18/2020 | 2/18/2020 | 953971 | | LORAZEPAM 1 MG TABLET | 60 | 30 | BC5353608 | CVS PHARMACY, INC. | | 1841335718 |
| | | 4/3/2020 | 4/3/2020 | 3035656 | | TESTOSTERONE CYP MICRO POWDE | 8 | 28 | FC5149136 | CHAMPS AT THE MED CEN | Y | |
| | | 5/21/2020 | 5/21/2020 | 3036776 | | TESTOSTERONE CYP MICRO POWDE | 8 | 28 | FC5149136 | CHAMPS AT THE MED CEN | Y | |
| | | 3/24/2020 | 3/30/2020 | 4007458 | | CLONAZEPAM 0.5 MG TABLET | 30 | 30 | BL9514642 | LONG TERM CARE RX | | 1841335718 |
| | | 3/24/2020 | 3/26/2020 | 4007459 | | TRAMADOL HCL 50 MG TABLET | 120 | 30 | BL9514642 | LONG TERM CARE RX | | 1841335718 |
| | | 5/12/2020 | 9/14/2020 | 4007497 | | ALPRAZOLAM 0.5 MG TABLET | 30 | 15 | BL9514642 | LONG TERM CARE RX | | 1841335718 |
| | | 5/12/2020 | 5/12/2020 | 4007497 | | ALPRAZOLAM 0.5 MG TABLET | 30 | 15 | BL9514642 | LONG TERM CARE RX | | 1841335718 |
| | | 8/14/2020 | 8/14/2020 | 4007606 | | CLONAZEPAM 1 MG TABLET | 60 | 30 | BL9514642 | LONG TERM CARE RX | | |
| | | 8/14/2020 | 9/10/2020 | 4007606 | | CLONAZEPAM 1 MG TABLET | 60 | 30 | BL9514642 | LONG TERM CARE RX | | |
| | | 8/14/2020 | 10/8/2020 | 4007606 | | CLONAZEPAM 1 MG TABLET | 60 | 30 | BL9514642 | LONG TERM CARE RX | | |
| | | 2/14/2020 | 2/14/2020 | 8051054 | | ANDRODERM 2 MG/24HR PATCH | 60 | 60 | BM9109477 | MEDCENTER PHARMACY | | |
| | | 10/14/2020 | 10/14/2020 | 57652 | | TESTOSTERONE CYP MICRO POWDE | 0.4 | 70 | FI1504720 | INVENTIVE INFUSION SOLUTIONS | | |
| | | 3/5/2020 | 3/10/2020 | 3034769 | | TESTOSTERONE CYP MICRO POWDE | 24 | 56 | FC5149136 | CHAMPS AT THE MED CEN | Y | |
| | | 5/4/2020 | 5/21/2020 | 3036355 | | TESTOSTERONE CYP MICRO POWDE | 24 | 56 | FC5149136 | CHAMPS AT THE MED CEN | Y | |
| | | 7/23/2020 | 7/23/2020 | 3038204 | | TESTOSTERONE CYP MICRO POWDE | 24 | 56 | FC5149136 | CHAMPS AT THE MED CEN | Y | |
| | | 9/21/2020 | 9/21/2020 | 3039370 | | TESTOSTERONE CYP MICRO POWDE | 24 | 56 | FC5149136 | CHAMPS AT THE MED CEN | | |
| | | 11/19/2020 | 11/19/2020 | 3040511 | | TESTOSTERONE CYP MICRO POWDE | 24 | 56 | FC5149136 | CHAMPS AT THE MED CEN | | |

2103388825

02:58:12 p.m.   05-19-2020   1/2

LTC PHARMACY 2301 E. MULBERRY STE B ANGELTON TX 77515 Phone: 9793313139 Fax: 9798493001

*Dr. T. Sanchez*
*FS0089006*

**Tuesday, May 19, 2020**

**CHRISTOPHER MONTOYA PA-C**
License: **PA 06048** DEA: **MM1349237** NPI: **1841335718**
**TPC FAMILY MEDICINE HOME VISITS PLLC**
2603 N Arkansas Ave Suite C  LAREDO, TX 78043

| DRUG | SIG | Dispense | REFILLS | Brand Medically Necessary |
|---|---|---|---|---|
| clonazepam 0.5 mg tablet | 1 tablet by mouth twice a day as needed PRN anxiety | 60 (sixty) Tablet 30 day supply | 0 | No |

The pharmacy may dispense a generically equivalent drug unless "brand necessary" or "brand medically necessary" is hand-written for each medication.

Signature:

---

RX#: 4007508
SAFETY CAP: Y
RPH:JH
DOB:03/25/53
CLONAZEPAM 0.5 MG TABLET    30 TAB    ACCOR
16729-0136-00    01 REFILLS    DW: 05/19/20
TAKE ONE TABLET BY MOUTH DF: 05/19/20
2 TIMES A DAY AS NEEDED
FOR ANXIETY

C. MONTOYA          MM1349237
3107 TPC PKWY       1841335718    NEW
SAN ANTONIO, TX 782592396  210-338-8825
PRICE    3.83  MVP HEALTH PLAN    DAW CODE: 0

2103388825                                                          04:53:05 p.m.    08-07-2020        1/1



TPC Family Medicine & Urgent Care
3107 TPC Parkway, STE # 102
San Antonio, Texas 78259
Office: 210-338-8800 / Fax: 210-338-8825
tpcfamilymedicine@yahoo.com

Dr. J. Sanchez
FS0089006

Elmcroft

210-946-5775
Fax Number

| Patient: Last, First Name: | Provider: Chris Montoya, PA-C |
|---|---|
| | NPI: 1841335718 |
| | St License: PA06048 |
| DOB: | DEA: MM1349237 |

Please assess and admit patient for Home Health Services. Patient Requires:

| SN | PT | OT | MSW | Other: |
|---|---|---|---|---|

Administer Lorazepam .5mg ½ tab Bid

OK #30
Dorothy
8/7/20

Signature                                      Date

RX#: 4007603
                                              SAFETY CAP: Y
                                              RPH:JH
                                              DOB:09/05/29
LORAZEPAM 0.5 MG TABLET          30 TAB      ACTAV
00591-0240-10  *  00 REFILLS     DW: 08/07/20
TAKE 1/2 TABLET BY MOUTH         DF: 08/12/20
2 TIMES A DAY

C. MONTOYA                    MM1349237
3107 TPC PKWY                 1841335718         NEW
SAN ANTONIO, TX 782592396   210-338-8800
PRICE   7.20  AARP MEDICARE RX    DAW CODE: 0

2 ɟo 2 ·d   ɯɐ74:8   02-21-8          2SZ18899SɛI :ɯoɹℲ          I00ɛ6†86£6 :oꓕ

ZIKAM NEIGHBORHOOD PHY

21920 BULVERDE RD #102/103

SAN ANTONIO TX 78259

PHONE:2105035063,FAX:2109735494

DATE: 2/11/2020

*RX*

DRUG: Testostrone 200mg/ml 1ml 1m 5week

SIG: _____ QUANTITY: #10 Ten

REFILLS: (1) one

MEDICAL PRACTIONER: Teofilio Sanchez

MDs. Address:

MDs. Phone#:

MDs: Signature: 210 3388800

DEA: FS 0089006

NPI:

DPS:

RPH Signature:

Called in by: Chris

1

Rx

DATE 7-24-2020

INFANT

ALLERGY
NKA

Tylenol # 3          # 30
                     (Thirty)

ⅰ-ⅰⅰ po q 4-6 h prn pain

3107 TPC Parkway, SA, TX 78259
Chris montoya Sanchez
Supm Theofilo   Santiago PM

(Rx Ref # if reassigned)

REFILLS Ø                    SIGNATURE
210 338 8800      mm 349237    Veronica

DR PHONE      DR ADDRESS      DEA      AGENT-APN-PA

*A generic equivalent may be dispensed unless the prescriber hand writes "Brand Necessary" or "Brand Medically Necessary" on the face of the prescription.*

159561580400

FLORES, SANTIAGO DOB:01/22/1969 MR#:4284 DOS#:07/24/2020

Page 1 of 1



2605 N Arkansas Ave Ste C
LAREDO TX 78043-2202

Phone: (956)568-3970
Fax: (956)568-3294

| | | | |
|---|---|---|---|
| **Service Date:** | 07/24/2020 | **Insurance Id** | HEB831008129 |
| **Service Location:** | TPC FAMILY MEDICINE HOME VISITS SA | **Place Of Service:** | HOME |
| **Rendering Provider:** | MONTOYA, CHRISTOPHER PA-C | **PCP/Ref. Physician:** | |

**Patient:**
**Address:**

*INTAKE FORM*
    **CPT CODE** 99423-TELE HEALTH

    **ICD-10**
    M25.569-Pain in unspecified knee:

*BILLING*
    **BILLING** 99423-TELE HEALTH

This encounter was created by Ceniseros, Veronica on 07/24/2020 01:31 PM

TPC FAMILY MEDICINE & URGENT CARE CLINIC
CHRISTINE CONTRERAS, M.D.
DEA # FC 2449329
CHRIS MONTOYA, PA-C, ( )
DEA # MM 1347237   DPS  C0163841
NORTON SHECTMAN, PA-C, ( )
DEA # MS 0700424   DPS  40131288
ROBERT RATHER, PA-C, ( )
DEA # MR 2576154   DPS  B0190169
NICCOLE CAMPBELL, PA-C, ( )
DEA # MC 2958975   DPS  X0199652
ADRIANA CANTU, F.N.P., ( )
DEA # MC 4304755

3107 TPC PARKWAY, SUITE 102                    (210) 338-8600 TEL.
SAN ANTONIO TX 78253                           (210) 338-8825 FAX

TPC FAMILY MEDICINE
6108 MCPHERSON ROAD, SUITE 4
LAREDO, TX 78041                               (956) 568-3970 FX568 3291

**R**

Lorazepam 1 (one) mg

☑ 1-24
☐ 25-49
☐ 50-74
☐ 75-100
☐ 100-150
☐ 150 and over
_____ Units

Sig 1 (one) tablet
Twice a day PRN
Dispense 60 (sixty) tablets

☐ Label

_____
Signature

A generically equivalent drug product may be dispensed unless the practitioner hand writes
the words 'Brand Necessary' or 'Brand Medically Necessary' on the face of the prescription.

000613                                         8C30IM0521578

04:00pm

## Champs Pharmacy

7718 Louis Pasteur Dr
SAN ANTONIO, TX 78229
**(210) 614-1212  Fax:(210) 615-7904**

04/03/2020

The Patient Identified below is requesting a refill for the prescription indicated; however, there are no authorized refills remaining. If you would like to authorize additional refills, please complete this form.By signing this form you are authorizing a new Rx and can add additional refills. If denied, please clearly note.

The Information contained in the transmission accompanying this notice is confidential and protected by law. It is intended for the use of the Doctor listed below. If the reader of this message is not the intended recipient or agent of the intended recipient, you are hereby notified that any dissemination or distribution of this communication is prohibited. If you have received this communication in Error, please notify us.

Instructions for Doctors Office
1. Please Complete Physician Section below
2. Please Sign Form
3. Fax Form back to:
   Champs Pharmacy
   Fax:(210) 615-7904

******* REQUEST FOR FILL AUTHORIZATION *******

04:00pm     04/03/2020

**Rx: 3033114**

Patient:
Address:
City:
Phone:
DOB:
ID:

Physician: MONTOYA, CHRIS
Address: 3107 TPC PKWY SUITE#102
City: SAN ANTONIO, TX 78259
Phone: (210) 338-8800
Refill Phone: (210) 338-8800 NPI: 1841335718
Fax: St. Lic:
DEA: MM1349237 DPS: C0163844
Supervisor: SANCHEZ, TEOFILO R
9355 BANDERA RD #136
SAN ANTONIO, TX 78250
(210) 543-0700 DEA: FS0089006

Drug: TESTOST-CYP 200MG/ML INJ

Generic for:

Directions: INJECT 1 ML INTRAMUSCULARLY EVERY 7 DAYS

Last Fill: 02/10/2020    #   4 Ml

**Orig Date: 01/16/2020  Quantity: 4 Ml**

### Physician Section

**New Order Authorization**

Orig Date:01/16/2020  Quantity: 4 Ml

**Refills Authorized:** 1+0    **Quantity:** 4ml (four)

_Montoya Eileen_     4/3/2020
Doctor or Authorized Signature          Date

**Notes to Physician**

04/03/2020 4:00:03 PM

**Faxed in By:** _____
(Full Name Re

NO CORRESPONDING PROGRESS NOTE PROVIDED.

03:55pm

# Champs Pharmacy

7718 Louis Pasteur Dr
SAN ANTONIO, TX 78229
**(210) 614-1212  Fax:(210) 615-7904**

05/21/2020

The Patient Identified below is requesting a refill for the prescription indicated; however, there are no authorized refills remaining. If you would like to authorize additional refills, please complete this form. By signing this form you are authorizing a new Rx and can add additional refills. If denied, please clearly note.

The Information contained in the transmission accompanying this notice is confidential and protected by law. It is intended for the use of the Doctor listed below. If the reader of this message is not the intended recipient or agent of the intended recipient, you are hereby notified that any dissemination or distribution of this communication is prohibited. If you have received this communication in Error, please notify us.

> Instructions for Doctors Office
> 1. Please Complete Physician Section below
> 2. Please Sign Form
> 3. Fax Form back to:
>    Champs Pharmacy
>    Fax:(210) 615-7904

```
******* REQUEST FOR FILL AUTHORIZATION *******
           03:55pm        05/21/2020
     Rx: 3035656
Patient:
Address:
   City:
 Phone:
   DOB:
     ID:
```

Physician: MONTOYA, CHRIS
Address: 3107 TPC PKWY SUITE#102
City: SAN ANTONIO, TX 78259
Phone: (210) 338-8800
Refill Phone: (210) 338-8800 NPI: 1841335718
Fax: St. Lic:
DEA: MM1349237 DPS: C0163844
Supervisor: SANCHEZ, TEOFILO R
9355 BANDERA RD #136
SAN ANTONIO, TX 78250
(210) 543-0700 DEA: FS0089006

Drug: **TESTOST-CYP 200MG/ML INJ**

Generic for:

Directions: INJECT 1 ML INTRAMUSCULARLY EVERY 7 DAYS

Last Fill:  04/03/2020  #    4 Ml

## Orig Date:  04/03/2020  Quantity: 4 Ml

**Notes to Physician**

05/21/2020 3:55:03 PM

*C* 3036776 TESTOST-CYP 200MG/ML INJ   NDC:99999-0014-57
Orig:05/21/2020  DF:05/21/2020      Qty:4
DAW:C DS:28 FB:SS
INJECT 1 ML INTRAMUSCULARLY EVERY
7 DAYS

| | |
|---|---|
| Ref Cost: | 11.99 |
| Fee: | 28.01 |
| Pat Pay: | 40.00 |

MONTOYA, CHRIS
3107 TPC PKWY SUITE#102
SAN ANTONIO, TX 78259
DEA:MM1349237 NPI:1841335718 No Refills Remain.

**Faxed in**
**By:**

**(Full Name Required)**

---

## Physician Section

New Order Authorization

Orig Date: 04/03/2020  Quantity: 4 Ml

Refills Authorized: _+8_   Quantity: #4 ml
(four)

_Andrea [signature]_        5/21/2020

Doctor or Authorized Signature        Date

2103568823                                              08.19.24    03-26-2020    171



3107 TPC Pkwy #102, San Antonio TX 78259 - 2396
Tel: 210-338-8800, Fax: 210-338-8825

## PRESCRIPTIONS

**PATIENT DEMOGRAPHICS**                    **GUARANTOR & INSURANCE INFORMATION**

                                           Insurance: MEDICARE OF TEXAS

                                           Guarantor:

**PHARMACY: Tel: Fax:**

**Allergies:**

| START DATE | |
|---|---|
| 03-24-2020 | |
| **MEDICATION SIG** | **REFILLS** |
| tramadol 50 mg tablet 1 Every 6 Hours for 30 Days, Dispense 120 Tablet | No Refill |

| START DATE | |
|---|---|
| 03-24-2020 | |
| **MEDICATION SIG** | **REFILLS** |
| clonazepam 0.5 mg tablet 1 Tablet Once A Day for 30 Days, Dispense 30 Tablet | No Refill |

| **Substitution Permissible** |
|---|

Teofilo Sanchez
Dea: FS0089006

*Christopher Montoya PA-C*
DEA No.: MM1349237
This is an electronic signature.

Prescriptions will be filled generically unless
prescriber writes D.A.W (Dispense As Written)
or other notation as required by law.

Schedule 2 medications require an original signature.

*TPC Family Medicine*

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization of the patient listed above. For questions regarding this prescription, please contact the practice.

---

```
                    RX#: 4007458
                    SAFETY CAP: Y
                    RPH:JH
                    DOB:05/26/50
CLONAZEPAM 0.5 MG TABLET   30 TAB   TEVAU
00093-0832-05   00 REFILLS   DW: 03/24/20
TAKE ONE TABLET BY MOUTH   DF: 00/00/00
EVERY  DAY

C. MONTOYA              MM1349237
3107 TPC PKWY          1841335718    NEW
SAN ANTONIO, TX 782592396 210-338-8825
PRICE   62.47  SLVRSCRPT    DAW CODE: 0
```

```
                    RX#: 4007459
                    SAFETY CAP: Y
                    RPH:JH
                    DOB:05/26/50
                    120 TAB   CARAC
57664-0377-18   00 REFILLS   DW: 03/24/20
TAKE ONE TABLET BY MOUTH   DF: 03/26/20
EVERY  6 HOURS         AETNA MACK MEDD

C. MONTOYA              MM1349237
3107 TPC PKWY          1841335718    NEW
SAN ANTONIO, TX 782592396 210-338-8825
PRICE    9.03  SLVRSCRPT    DAW CODE: 0
```

05/12/2020   16:57AM   2105465618                    MED ROOM                         PAGE   01/01

*Who. is this for?*
*Thanks! LTC*

## ELMCROFT™
### SENIOR LIVING
## Elmcroft Assisted Living Fax Order Sheet

To Doctor: _____    To Fax Number: _____
Date: _____    Time: _____
Community Name: _____    Fax Number: _____
Address: _____    Phone Number: _____

Message from: _____
Re: _____
_____
_____

## PHYSICIAN, PLEASE RETURN VIA FAX

*Per Jackie*

☐ Send NO Meds
☐ Send ALL Meds
☐ Send • Meds Only

| Last Nl [REDACTED] | Suite # | Attending Physician Printed Name: Dr. T Sanchez |
|---|---|---|
| | | Address of Physician F50059006 |

| DOB | | Allergies | | |
|---|---|---|---|---|

| Date & Time Ordered | Quantity Ordered | Substitution Permitted yes / no | New Orders (If Medication, Include: Dose & Form, Route, Schedule, Indication) | Refills |
|---|---|---|---|---|
| 12/12/20 | 30 | ☒ no | Alprazolam 0.5mg PO Q12h prn Anxiety | 1 |
| | | | | |
| | | | | |

Physician's Signature: FNP-C

DEA No: MM1347237

☐Resident  ☐Family has been notified of the above treatment change. Date ___/___/___
Name of Person Contacted _____
If not contacted, reason _____

## NURSE; Please Initial The Documentation Record As Performed

| Pharmacy ☐ Courier ☐ Faxed (Fax Original) ☐ Phone | On P.O. Sheet | Med Sheet | TX Sheet | Nurse's Notes | Care Plan | Nurse Signature | Date | Time |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

***Unless ordered as emergency or stat by prescriber, all r[...]
scheduled medication time after normal pharmacy delivery[...]

CONFIDENTIALITY S[...]

The documents accompanying this transmission may contain confid[...]
intended only for the use of the individual or entity to which it is addr[...]
prohibited from disclosing this information to any other party unless r[...]
destroy the information after its stated need has been fulfilled.
If you are not the intended recipient, you are hereby notified that any[...]
reliance on the contents of these documents is STRICTLY PROHIBI[...]
please notify the sender immediately and arrange for the return[...]
receive faxes from this sender, please contact SENDER.

RX#: 4007497
SAFETY CAP: Y
RPH:JB
DOB:05/26/50

C. MONTOYA                    MM1349237
ALPRAZOLAM 0.5 MG TABLET    30 TAB    ACTAV
00228-2029-10    01 REFILLS         DW: 05/12/20
TAKE ONE TABLET BY MOUTH    DF: 05/12/20
EVERY 12 HOURS AS NEEDED
FOR ANXIETY

3107 TPC PKWY              1841335718    NEW
SAN ANTONIO, TX 782592396   210-338-8825
PRICE    4.28  SLVRSCRPT      DAW CODE: 0



Clonazepam 1 Mg
#180
; BID

T. Sanchez
FSOO 89006
C. Montoya
mm 1349237

Dorothy

RX#: 4007606
SAFETY CAP: Y
RPH: WDS
DOB: 05/26/50
CLONAZEPAM 1 MG TABLET        60 TAB    TEVAU
00093-3212-01      02 REFILLS    DW: 08/14/20
TAKE ONE TABLET BY MOUTH  DF: 08/14/20
2 TIMES A DAY

C. MONTOYA              MM1349237
3107 TPC PKWY          184L335718        NEW
SAN ANTONIO, TX 782592396  210-338-8800
PRICE    7.61  SLVRSCRPT       DAW CODE: 0

Fax: 979-265-7348  •  www.woodlakenursingcare.com  Clute, Texas 77531

2/14/2020                                              Print Rx/Patient Materials

MedCenter Pharmacy 1419 E. Bustamante St. Laredo TX 78041 Phone: 9567911991 Fax: 9567916279

**Friday, February 14, 2020**

## TEOFILO RESENDIZ SANCHEZ MD
License: M5480 DEA: FS0089006 NPI: 1801988928
**TPC FAMILY MEDICINE HOME VISITS PLLC**
**2603 N Arkansas Ave Suite C  LAREDO, TX 78043**
Phone: (956)568-3970  Fax: (956)568-3294

| DRUG | SIG | Dispense | REFILLS | Brand Medically Necessary |
|------|-----|----------|---------|---------------------------|
| **Androderm 2 mg/24 hour transdermal 24 hour patch** | **1 patch apply on the skin nightly** <br> Add'l Sig: apply to dry clean skin | **60 (sixty)** Transdermal Patch **30 day supply** | 0 | **No** |

**Rx Discount Card ID: Patient 10 digit phone number rxPCN: IRX rxBIN: 610011 rxGRP: 2388 This is not insurance. Void where prohibited. Discounts can't be combined.**

The pharmacy may dispense a generically equivalent drug unless "brand necessary" or "brand medically necessary" is hand-written for each medication.

Signature:

Rx Faxed per TPC Clinic
Adriana Poltin, MA / Christopher Montoya, PA

Christopher Montoya, PA
DEA MM1349237



## Rx: 57652     10/14/2020

Prescriber MONTOYA, CHRIS PA
3107 TCP PARKWAY #102
SAN ANTONIO, TX 78258
(210) 338-8800 NPI:1841335718
DEA: MM1349237  DPS:
Supervisor: SANCHEZ, TEOFILO DEA: FS0089006
11345 ALAMO RANCH PKWY, #103
SAN ANTONIO, TX 78253
(210) 957-1693

CMPD - TEST 200MG/ML (ETHYL OLEATE) HRT
  **NDC: 99999-9983-06 DAW:C DS:70**

Qty Written:10
Date Written:10/14/2020
INJECT 1ML (200MG) INTRAMUSCULARLY EVERY
WEEK (DISPENSE WITH BD ALLERGY 1ML
SYRINGES)

Call ahead for Refills     FB:GG Disp. RPh:ERNESTO
GARZA-GONGORA II * Compounded Rx *
Phoned in by:MONTOY, CH

Inventive Infusion Solutions 18866 STONE OAK PKWY, STE 101A SAN ANTONIO, TX
78258 Store ID:1174754840

11:44am

# Champs Pharmacy
7718 Louis Pasteur Dr
SAN ANTONIO, TX 78229
**(210) 614-1212  Fax:(210) 615-7904**

03.05.2020

The Patient Identified below is requesting a refill for the prescription indicated; however, there are no authorized refills remaining. If you would like to authorize additional refills, please complete this form. By signing this form you are authorizing a new Rx and can add additional refills. If denied, please clearly note.

The Information contained in the transmission accompanying this notice is confidential and protected by law. It is intended for the use of the Doctor listed below. If the reader of this message is not the intended recipient or agent of the intended recipient, you are hereby notified that any dissemination or distribution of this communication is prohibited. If you have received this communication in Error, please notify us

Instructions for Doctors Office
1. Please Complete Physician Section below
2. Please Sign Form
3. Fax Form back to:
    Champs Pharmacy
    Fax:(210) 615-7904



******* REQUEST FOR FILL AUTHORIZATION *******
                 11:44am        03/05/2020
        Rx: **3033335**
Patient:
Address:
City:
Phone:
DOB:
ID:

Physician: MONTOYA, CHRIS
Address: 720 PLEASANTON
City: SAN ANTONIO, TX 78214
Phone: (210) 338-8800
Refill Phone: (210) 338-8800 NPI: 1841335718
Fax: 2103388825 St. Lic:
DEA: MM1349237 DPS: C0163844
Supervisor: SANCHEZ, TEOFILO R
9355 BANDERA RD #136
SAN ANTONIO, TX 78250
(210) 543-0700 DEA: FS0089006
Drug: **TESTOST-CYP 200MG/ML INJ**

Generic for:

Directions: INJECT 1.5ML INTRAMUSCULARLY EVERY 7 DAYS

Last Fill:  01/30/2020  #    12 Ml

**Orig Date: 01/23/2020  Quantity: 12 Ml**

**Physician Section**
New Order Authorization

Orig Date:01/23/2020 Quantity: 12 Ml

Refills Authorized: _____  Quantity: _____
                                          (twelve)

Adriana _____    3/5/2020
Doctor or Authorized Signature        Date

**Notes to Physician**
03/05/2020 11:44:37 AM

**Faxed in By:**
**Full Name Requ___**

11:51am

# Champs Pharmacy

7718 Louis Pasteur Dr
SAN ANTONIO, TX 78229
**(210) 614-1212 Fax:(210) 615-7904**

05.04.2020

The Patient Identified below is requesting a refill for the prescription indicated; however, there are no authorized refills remaining. If you would like to authorize additional refills, please complete this form.By signing this form you are authorizing a new Rx and can add additional refills. If denied, please clearly note.

The Information contained in the transmission accompanying this notice is confidential and protected by law. It is intended for the use of the Doctor listed below. If the reader of this message is not the intended recipient or agent of the intended recipient, you are hereby notified that any dissemination or distribution of this communication is prohibited. If you have received this communication in Error, please notify us.

Instructions for Doctors Office
1. Please Complete Physician Section below
2. Please Sign Form
3. Fax Form back to:
 Champs Pharmacy
 Fax:(210) 615-7904

****** REQUEST FOR FILL AUTHORIZATION ******

11:51am      05/04/2020

## Rx: 3034769

Patient:
Address:
City:
Phone:
DOB:
ID:

Physician: MONTOYA, CHRIS
Address: 720 PLEASANTON
City: SAN ANTONIO, TX 78214
Phone: (210) 338-8800
Refill Phone: (210) 338-8800 NPI: 1841335718
Fax: 2103388825 St. Lic:
DEA: MM1349237 DPS: C0163844
Supervisor: SANCHEZ, TEOFILO R
9355 BANDERA RD #136
SAN ANTONIO, TX 78250
(210) 543-0700 DEA: FS0089006

Drug: **TESTOST-CYP 200MG/ML INJ**

Generic for:

Directions: INJECT 1.5ML INTRAMUSCULARLY EVERY 7 DAYS

Last Fill: 03/10/2020 # 12 Ml

**Orig Date: 03/05/2020 Quantity: 12 Ml**

### Physician Section

New Order Authorization

Orig Date:03/05/2020 Quantity: 12 Ml

Refills Authorized: 1+0  Quantity: 12ml
(Twelve)

Chris Montoya  5.4.2020

**Doctor or Authorized Signature**          **Date**

Mon 1C.

**Notes to Physician**

05/04/2020 11:51:45 AM

**Faxed in By:**

(Full Name Requii

"C" 3034765  TESTOST-CYP 200MG/ML INJ  NOC 99999-3314-57
Org 05/04/2020  DF 05/04/2020  Qty 0
DAW C DS 56 FB TD
INJECT 1.5ML INTRAMUSCULARLY
EVERY 7 DAYS

MONTOYA, CHRIS
720 PLEASANTON
SAN ANTONIO, TX 78214
DEA:MM1349237 NPI:1841335718 Refill by 11/03/2020

Ref Cost:     0.00
Pat Pay:      0.00

01:08pm                                                                    07/23/2020

# Champs Pharmacy
7718 Louis Pasteur Dr
SAN ANTONIO, TX 78229
**(210) 614-1212  Fax:(210) 615-7904**

The Patient Identified below is requesting a refill for the prescription indicated; however, there are no authorized refills remaining. If you would like to authorize additional refills, please complete this form.By signing this form you are authorizing a new Rx and can add additional refills. If denied, please clearly note.

The Information contained in the transmission accompanying this notice is confidential and protected by law. It is intended for the use of the Doctor listed below. If the reader of this message is not the intended recipient or agent of the intended recipient, you are hereby notified that any dissemination or distribution of this communication is prohibited. If you have received this communication in Error, please notify us.

Instructions for Doctors Office
1. Please Complete Physician Section below
2. Please Sign Form
3. Fax Form back to:
    Champs Pharmacy
    Fax:(210) 615-7904



******* REQUEST FOR FILL AUTHORIZATION *******
01:08pm        07/23/2020
Rx: **3036355**

Patient:
Address:
City:
Phone:
DOB:
ID:

Physician: MONTOYA, CHRIS
Address: 720 PLEASANTON
City: SAN ANTONIO, TX 78214
Phone: (210) 338-8800
Refill Phone: (210) 338-8800 NPI: 1841335718
Fax: 2103388825 St. Lic:
DEA: MM1349237 DPS: C0163844
Supervisor: SANCHEZ, TEOFILO R
9355 BANDERA RD #136
SAN ANTONIO, TX 78250
(210) 543-0700 DEA: FS0089006
Drug: **TESTOST-CYP 200MG/ML INJ**

Generic for:

Directions: INJECT 1.5ML INTRAMUSCULARLY EVERY 7 DAYS

Last Fill: 05/21/2020  #  12 Ml

**Orig Date: 05/04/2020  Quantity: 12 Ml**

**Notes to Physician**
07/23/2020 1:08:55 PM

*C* **3038204** TESTOST-CYP 200MG/ML INJ   NDC:99999-0014-57
Orig:07/23/2020   DF:07/23/2020     Qty:12
DAW:C DS:56 FB:LL
INJECT 1.5ML INTRAMUSCULARLY
EVERY 7 DAYS
MONTOYA, CHRIS
720 PLEASANTON
SAN ANTONIO, TX 78214
DEA:MM1349237 NPI:1841335718 No Refills Remain.

| | |
|---|---|
| Ref Cost: | 35.98 |
| Fee: | 63.92 |
| Pat Pay: | 99.90 |

**Faxed in By:** _____
(Full Name Required)

## Physician Section
New Order Authorization

Orig Date:05/04/2020  Quantity: 12 Ml

**Refills Authorized:** 1+0   **Quantity:** 12(Twelve)

Montoya  Cullen   7/23/2020
**Doctor or Authorized Signature          Date**



**TPC family medicine**

TPC Family Medicine & Urgent Care
10223 McAllister Fwy Ste
San Antonio, TX 78216
Office: 210-338-8800 / Fax: 210 338 8825
tpcfamilymedicine@yahoo.com

DATE 3/10/20

PHARMACY: ☐COSTCO ☐CVS ☐SAMS ☐WALGREENS ☐WALMART ☐ZIKAM ☐OTHER

| HT | WT | BP | T | P | R | POX | ACCU ☑ |
|----|----|----|---|---|---|-----|--------|

| PMH | | PSH | |
|-----|---|-----|---|
| | | | Reviewed and unchanged |
| GYN   G____   P____   LMP: | Allergies NKDA | | |
| | | | Reviewed and unchanged |
| SH   FH   Social ETOH   Living Status | HH   Mother   Father   Other | | |
| | Reviewed and unchanged | | Reviewed and unchanged |

| MEDICATIONS | SIG | DIAGNOSIS |
|-------------|-----|-----------|
| | | |
| | | |
| | | |
| | | |

**HPI/SUBJECTIVE:**

Mr Wagner MD meD exists
No new issues. NO med refils
Compliant c meds.

**ROS (Check = normal, circle = abnormal)**

| | |
|---|---|
| Gen No teeth chill, wt loss, lethargy | HEENT No HA sore throat hearing loss |
| Pulmonary No ShOB, wheeze, hemoptysis, cough | Odynophagia, dysuria, sputum |
| GI No N/V/D N/Macro, hema abd pain c/o d | Cardiac No CP DOE, PND Hx edema palpitations |
| Msk No joint or muscle pain | GU No dysuria hematuria polyuria discharge flank pain |
| Endocrine No thyroid disease or diabetes | Neurological No syncope weakness seizure CVA TIA |
| Psychiatric No h/o anxiety, depression, mental illness | Hematologic No easy bruising or bleeding |
| Skin No rash | Allergies No Hayfever runny nose |

PT NAME:

PHYSICAL EXAM:

DIAGNOSIS: _low Testosterenes_

① Prico/Consider
② Testosterone 220 _Jan #10cc_
③ for R-3 months

| | | ANCILLARY ORDERS | |
| PO PPDs | | RST | |
| 15u PPDs | | Flu A | |
| Xopenex Neb 0.63 or 1.25 | | Flu B | |
| 5 mg Decadron IM | | Urine Dip | |
| 1 gm Rocephin IM 250 mg 500 mg 1 gm | | EKG | |
| 1000 mcg B12 IM | | Other | |
| Toradol 60 | | Labs  See Attachment | |

IMAGING

PHYSICIAN SIGNATURE: _Montoya_    DATE: 3/10/20
PA-C



TPC Family Medicine & Urgent Care
10223 McAllister Fwy Ste
San Antonio, TX 78216
Office: 210-338-8800 / Fax: 210-338-8825
tpcfamilymedicine@yahoo.com

DATE 5/14/20

| PMH | Ankle Pain | PSH | Low testosterone |
| GYN | | EMR | Allergies |

| SH | Former | FH | Mother |
| TOB | Drugs | | Father |
| Vocation | Blood | | Other |
| Living Situation | | | |

| MEDICATIONS | SIG | DIAGNOSIS |

Compliant c meds & Rx plan.
No new issues, consistent c
exercise; gym work outs.
MQ meds today.

ROS (Check = normal, circle = abnormal)

Gen
Pulmonary
GI
MSK
Endocrine
Psychiatric
Skin

HEENT
Gynecologic
Cardiac
GU
Neurologic
Hematologic
Allergies

**PT NAME:**

**PHYSICAL EXAM:**

**DIAGNOSIS:**
law testeren

**PLAN:**
1. PT [illegible]
2. Consider Current Training Program,
3. [illegible] [illegible] [illegible]
4. [illegible]

| | |
|---|---|
| ☐ Education | ☐ Military Consult |
| ☐ Restrictions/Duty Limits/Profile/Form | ☐ Order |
| ☐ Limit Meds | |

**ANCILLARY/ORDERS**

| | |
|---|---|
| ☐ [illegible] | ☐ RSE |
| ☐ [illegible] PFTS | ☐ Hb A |
| ☐ X-ray [illegible] | ☐ Hb B |
| ☐ [illegible] Decadron IM | ☐ Urine Dip |
| ☐ [illegible] Rocephin IM 250 mg: 500 mg: 1 gm | ☐ EKG |
| ☐ [illegible] IM | ☐ Other |
| ☐ [illegible] | ☐ Labs   See Attachment |

**IMAGING**

**PHYSICIAN'S SIGNATURE**   Montoya

**DATE**   5-4-20



TPC Family Medicine & Urgent Care
10223 McAllister Fwy Ste
San Antonio, TX 78216
Office: 210-338-8800 / Fax: 210-338-8825
tpcfamily.medicine@yahoo.com

DATE: 7 23 20

| | | |
|---|---|---|
| GYN  G  P  TMP: | Allergies  NKDA | |
| SH  LMP  Vocational  Living Stat | HPI  Mother  Father  Other | |
| **MEDICATIONS** | SIG | **DIAGNOSIS** |
| | | |

No others, no med htoc.
no new health issues
compliant ō meds, due med refills

ROS (Check = normal, circle = abnormal)

| | |
|---|---|
| Gen | HEENT |
| Pulmonary | Cardiac |
| GI | GU |
| MSK | Neurological |
| Endocrine | Hematology |
| Psychiatric | Allergies |
| Skin | |

PT NAME:

PHYSICAL EXAM:

DIAGNOSIS:
low testosterone.

PLAN:
1) Pred/anaralone
2) Nature Testosterone inj @72, #10
3) Comp/Lipid/CBC/PSA Testosterone 9Estradiol
4) per month,

ANCILLARY/ORDERS

IMAGING

PHYSICIAN SIGNATURE _____    DATE 7-23-20

MAC