# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | SA:20-CR-00095(2)-FB |
| | § | |
| (2) Christopher Montoya | § | |

## ORDER CANCELLING BOND REVOCATION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **BOND REVOCATION HEARING on Tuesday, April 13, 2021 at 11:00 AM is hereby CANCELLED until further order of the court**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. If the defendant is on bond, counsel for the defendant shall notify the defendant that this matter is cancelled.

IT IS SO ORDERED this 12th day of April, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE